No. 29, Orig. TEXAS ET AL. *v.* COLORADO. Motion for leave to file bill of complaint granted and the State of Colorado allowed sixty days to answer. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Waggoner Carr,* Attorney General, *Hawthorne Phillips,* First Assistant Attorney General, *T. B. Wright,* Executive Assistant Attorney General, and *J. Arthur Sandlin, Vince Taylor* and *Roger Tyler,* Assistant Attorneys General, for the State of Texas, and *Boston E. Witt,* Attorney General, *F. Harlan Flint, Claud S. Mann* and *Paul L. Bloom,* Special Assistant Attorneys General, for the State of New Mexico, on the motion. *Duke W. Dunbar,* Attorney General of Colorado, *James D. Geissinger,* Assistant Attorney General, and *Raphael J. Moses, Glenn G. Saunders, John M. Dickson, Donald H. Hamburg* and *George A. Brown,* Special Assistant Attorneys General, for defendant in opposition. Former *Solicitor General Marshall* and *Solicitor General Griswold* filed memoranda for the United States. [For earlier order herein, see 387 U. S. 939.]

No. 70. ALITALIA-LINEE AEREE ITALIANE, S. P. A. *v.* LISI ET AL. C. A. 2d Cir. (Certiorari granted, *ante,* p. 926.) Motion of Arnold Holtzman for leave to file brief, as *amicus curiae,* granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion. *Stuart M. Speiser* on the motion. *Austin P. Magner* and *George N. Tompkins, Jr.,* for petitioner in opposition to the motion.

No. 773, Misc. WALTON *v.* NELSON, WARDEN;

No. 779, Misc. DEUEL *v.* GIRARD, YOUTH CAMP SUPERINTENDENT; and

No. 835, Misc. STEELE *v.* NELSON, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.